# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01411-LTB-MEH

BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C., a Colorado Professional Corporation,

       Plaintiff,

v.

GMGRSST, Ltd, a Utah Limited Partnership,

       Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a) (Doc 4 - filed July 12, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                             BY THE COURT:

                             s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   July 16, 2007